UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BRADLEY CHRISTOPHER STARK, | § | |
| (BOP # 69122-053) | § | |
| Plaintiff, | § | CIVIL ACTION NO.: |
| vs. | § | 3:14-CV-2920-B |
| | § | |
| ERIC H. HOLDER, Jr. Et al. , | § | |
| Defendants. | § | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

For the reasons stated in the Findings, Conclusions, and Recommendation, all of Plaintiff's claims against Eric Holder, Richard Roper, James Jacks, Sarah Saldana, Paul Lee Yanowitch, and Christopher Stokes should be **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915A(b)(2) and 28 U.S.C.§ 1915(e)(2)(B)(iii); all Plaintiff's claims against the United States of America should be **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915A(b)(1) and 28 U.S.C. § 1915(e)(2) (B)(I) and (ii); and all of Plaintiff's claims against Laura Schlier, Ronald Loecker, and Timothy Neylan, and alternatively, all Plaintiff's claims against defendants Holder, Roper, Jacks, Saldana, Yanowitch, and Stokes, should be **DISMISSED WITH PREJUDICE** to their

being asserted again until the *Heck v. Humphrey* conditions are met, pursuant to 28 U.S.C. § 1915A(b)(1) and 28 U.S.C. § 1915(e)(2) (B)(I) and (ii).

**SIGNED** this 7th day of October, 2014.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE